CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 21 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TIMOTHY M. WILSON, ) | |
| Petitioner, ) | Case No. 7:09CV00527 |
| v. ) | **FINAL ORDER** |
| GENE M. JOHNSON, DIRECTOR, ) | By: Glen E. Conrad |
| ) | United States District Judge |
| Respondent. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** as untimely filed; petitioner's pending motions (Dkt. Nos. 3, 4, 5, and 6) are **DENIED**, and this action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 21st day of January, 2010.

United States District Judge